IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CV-565-FL

| | | |
|---|---|---|
| RAYMOND A. RENFROW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FREMONT HOME LOAN TRUST and LITTON LOAN SERVICING, | ) ) | |
| | ) | |
| Defendants. | ) | |

In this case amended joint report was filed November 5, 2012, containing scheduling suggestions born of the parties' recent scheduling conference, in accordance with initial order. Said report also highlights anticipated discovery issue(s). In its regular docket review the court takes note of the pendency of defendants' motion to dismiss, as well as plaintiff's opposition to same. Issues raised are ripe for decision.

While not specifically requested by either side, of its own initiative the court stays entry of the case schedule and further case activities, including any discovery, with exception of information required to be disclosed under Rule 26(f) of the Federal Rules of Civil Procedure. The court adopts the suggested deadline for these disclosures of December 7, 2012.

Where in accordance with the mandate of Rule 1 of the Federal Rules of Civil Procedure, it appears to the undersigned efficiencies will accrue if the court takes up and considers in advance of its establishment of further case deadlines, that motion to dismiss lodged on the docket at entry number 11, as herein ordered, further progress of the case now is stayed. Should the case remain

upon decision on the motion to dismiss, a case schedule will be established with deference to the amended joint report, lodged on the docket at entry number 17.

SO ORDERED, this the 8th day of November, 2012.

_____
LOUISE W. FLANAGAN
United States District Court Judge

2

Case 5:12-cv-00565-FL   Document 18   Filed 11/08/12   Page 2 of 2