UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RAYMOND A. RENFROW,

    Plaintiff,

v.     **JUDGMENT**

    No. 5:12-CV-565-FL

FREEMONT HOME LOAN TRUST
and LITTON LOAN SERVICING,

    Defendants.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss and the memorandum and recommendation entered by the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 10, 2013, and for the reasons set forth more specifically therein, that defendants' motions to dismiss are granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 10, 2013, and Copies To:**
James Scott Flowers (via CM/ECF Notice of Electronic Filing)
Raymond A. Renfrow (via U.S. Mail) 309 Nash Street, Elm City, NC 27822


July 10, 2013                 JULIE A. RICHARDS, CLERK
                                  /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk